AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EDNA WILLIS-HAMILTON<br><br>*Plaintiff(s)*<br><br>v.<br><br>ONE SPA WORLD LLC, NCL CORPORATION LTD., and NCL (BAHAMAS) LTD., A BERMUDA COMPANY,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21111-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL Corporation LTD.
c/o FARKAS, DANIEL S, ESQ
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Turchin, Esq. and Whitney Page, Esq.
Law Offices of Jason Turchin
2883 Executive Park Drive, Ste. 103
Weston, FL 33331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 22, 2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

EDNA WILLIS-HAMILTON

*Plaintiff(s)*

v.  Civil Action No. 1:23-cv-21111-BB

ONE SPA WORLD LLC, NCL CORPORATION LTD., and NCL (BAHAMAS) LTD., A BERMUDA COMPANY,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL (BAHAMAS) LTD., A BERMUDA COMPANY
c/o FARKAS, DANIEL S, ESQ
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Turchin, Esq. and Whitney Page, Esq.
Law Offices of Jason Turchin
2883 Executive Park Drive, Ste. 103
Weston, FL 33331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 22, 2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

EDNA WILLIS-HAMILTON

*Plaintiff(s)*

v.  Civil Action No. 1:23-cv-21111-BB

ONE SPA WORLD LLC, NCL CORPORATION LTD., and NCL (BAHAMAS) LTD., A BERMUDA COMPANY,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

One Spa World LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Turchin, Esq. and Whitney Page, Esq.
Law Offices of Jason Turchin
2883 Executive Park Drive, Ste. 103
Weston, FL 33331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 22, 2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS