### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-21111-BLOOM/Otazo-Reyes**

EDNA WILLIS-HAMILTON,

      Plaintiff,

v.

NCL CORPORATION LTD., et al.,

      Defendants.

_____/

### <u>ORDER TO FILE PROOF OF SERVICE</u>

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1] Plaintiff filed this action on March 21, 2023, *see* ECF No. [1], generating a **June 19, 2023**, service deadline. Summonses have been issued as to all Defendants, *see* ECF No. [3], but service has not been perfected. Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendants, Plaintiff shall file proof of such service with the Court. Failure to effectuate service of a summons and the complaint on Defendants by the stated deadline will result in dismissal without prejudice and without further notice.

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

Case No. 23-cv-21111-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 21, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2