AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-21111-BB

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for   NCL (BAHAMAS) LTD., A BERMUDA COMPANY
was recieved by me on  4/27/2023:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on **Sheena Black**, who is designated by law to accept service of process on behalf of **NCL (BAHAMAS) LTD., A BERMUDA COMPANY** at 1201 Hays Street, Tallahassee, FL 32301 on 04/28/2023 at 8:52 AM; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  04/28/2023

*Server's signature*

**James Kady**
*Printed name and title*

**391 Prince St
Tallahassee, FL 32304**

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to Sheena Black who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.



Tracking #: 0105534224

