AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-21111-BB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   One Spa World LLC
was recieved by me on 5/01/2023:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Fernando Susa**, who is designated by law to accept service of process on behalf of **One Spa World LLC** at 770 S Dixie Hwy # 200, Coral Gables, FL 33146 on 05/04/2023 at 12:51 PM; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:   05/04/2023

_____
Server's signature

**Nicholas Hernandez-Lefkowitz**
Printed name and title

**1421 S.W. 107th Avenue**
**Miami, FL 33174**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Fernando Susa who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired male contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: 0105902597

