UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-cv-21111-BB

EDNA WILLIS-HAMILTON,

    Plaintiff,

v.

ONE SPA WORLD LLC, NCL CORPORATION LTD.,
AND NCL (BAHAMAS) LTD., A BERMUDA COMPANY,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, EDNA WILLIS-HAMILTON, by and through undersigned counsel, does hereby voluntarily dismiss this action against Defendant, NCL CORPORATION LTD., **only**, from this action without prejudice.

Signed 05/09/2023.

    Respectfully Submitted,

By:   */s/ Whitney Page, Esq.*
WHITNEY PAGE, ESQ.
Florida Bar No. 1018364
Email: whitney@victimaid.com
JASON TURCHIN, ESQ.
Florida Bar No. 585300
Email: jason@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive, Ste. 103
Weston, FL 33331
Telephone:   954-659-1605 x 219
Facsimile:    954-659-1380
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on 05/09/2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Whitney Page, Esq.*
WHITNEY PAGE, ESQ.
Florida Bar No. 1018364
Email: whitney@victimaid.com
JASON TURCHIN, ESQ.
Florida Bar No. 585300
Email: jason@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive, Ste. 103
Weston, FL 33331
Telephone:   954-659-1605 x 219
Facsimile:   954-659-1380
Attorney for Plaintiff